**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Southern Electric Coil LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-8731554** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5025 Columbia Avenue**<br>**Hammond, IN**<br>ZIP Code **46327** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | **Charter One Bank**<br>**19950 Govenors Highway**<br>**Olympia Fields, IL 60461** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors** |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

THIS SPACE IS FOR COURT USE ONLY

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Southern Electric Coil LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Southern Electric Coil LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**

Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**August 10, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Richard A. Skurka**
Signature of Authorized Individual

**Richard A. Skurka**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**August 10, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Southern Electric Coil LLC   Case No.
Debtor(s)   Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Cardmember Service<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Cardmember Service<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 2,520.76 |
| Cardmember Services<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Cardmember Services<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 2,215.20 |
| Craig Wire Products<br>580 Carrollton Street<br>Temple, GA 30179 | Craig Wire Products<br>580 Carrollton Street<br>Temple, GA 30179 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 12,985.50 |
| D & B<br>P.O. Box 75434<br>Chicago, IL 60675-5434 | D & B<br>P.O. Box 75434<br>Chicago, IL 60675-5434 | Trade Debt | | 1,000.00 |
| EIS, Inc.<br>2018 Powers Ferry Road<br>Suite 500<br>Atlanta, GA 30339 | EIS, Inc.<br>2018 Powers Ferry Road<br>Suite 500<br>Atlanta, GA 30339 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 1,021.15 |
| Electric Motor Insulations, Inc.<br>10244 North 1200 W<br>Monticello, IN 47960 | Electric Motor Insulations, Inc.<br>10244 North 1200 W<br>Monticello, IN 47960 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 25,342.50 |
| Firstmerit Bank, N.A.<br>106 South Main Street<br>Akron, OH 44308 | Firstmerit Bank, N.A.<br>106 South Main Street<br>Akron, OH 44308 | Accounts Receivable - Book Value | Disputed | 2,312,983.29<br><br>(911,222.00 secured) |
| Guardian<br>P.O. Box 95101<br>Chicago, IL 60694-5101 | Guardian<br>P.O. Box 95101<br>Chicago, IL 60694-5101 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 2,372.28 |
| Kaeser & Blair Incorporated<br>4236 Grissom Drive<br>Batavia, OH 45103 | Kaeser & Blair Incorporated<br>4236 Grissom Drive<br>Batavia, OH 45103 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 3,651.34 |
| Millennium Recycling<br>1715 East 129th Avenue<br>Crown Point, IN 46307 | Millennium Recycling<br>1715 East 129th Avenue<br>Crown Point, IN 46307 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 1,053.77 |
| Mitchell Instruments Co., Inc.<br>1570 Cherokee Street<br>San Marcos, CA 92078 | Mitchell Instruments Co., Inc.<br>1570 Cherokee Street<br>San Marcos, CA 92078 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 2,145.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Southern Electric Coil LLC                                                  Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| S & W Wire Company<br>45A Progress Avenue<br>Cranberry Industrial Park<br>Cranberry Township, PA 16066-3511 | S & W Wire Company<br>45A Progress Avenue<br>Cranberry Industrial Park<br>Cranberry Township, PA 16066-3511 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 2,227.17 |
| Sonshyne Printers Inc.<br>46 Jodi Court<br>Dyer, IN 46311 | Sonshyne Printers Inc.<br>46 Jodi Court<br>Dyer, IN 46311 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 1,275.00 |
| Southern Electric Coil, Inc.<br>Enoch L. Fillinger<br>7331 Forest Avenue<br>Hammond, IN 46324 | Southern Electric Coil, Inc.<br>Enoch L. Fillinger<br>7331 Forest Avenue<br>Hammond, IN 46324 | Commercial Lease | | 59,500.00 |
| Speedway LLC<br>Attn: Credit Customer Services<br>P.O. Box 1590<br>Springfield, OH 45501 | Speedway LLC<br>Attn: Credit Customer Services<br>P.O. Box 1590<br>Springfield, OH 45501 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 937.71 |
| Superior Essex<br>P.O. Box 90413<br>Chicago, IL 60696-0413 | Superior Essex<br>P.O. Box 90413<br>Chicago, IL 60696-0413 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 1,180.00 |
| Travelers<br>829 E. Commercial Avenue<br>Lowell, IN 46356 | Travelers<br>829 E. Commercial Avenue<br>Lowell, IN 46356 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 29,741.75 |
| United States Brass & Copper<br>1401 Brook Drive<br>Downers Grove, IL 60515 | United States Brass & Copper<br>1401 Brook Drive<br>Downers Grove, IL 60515 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 6,633.12 |
| UPS<br>P.O. Box 650580<br>Dallas, TX 75265-0580 | UPS<br>P.O. Box 650580<br>Dallas, TX 75265-0580 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 2,312.53 |
| Von Roll Austral, Inc.<br>1055 Shadix Industrial Way<br>Douglasville, GA 30134 | Von Roll Austral, Inc.<br>1055 Shadix Industrial Way<br>Douglasville, GA 30134 | Trade Debt | Contingent<br>Unliquidated<br>Disputed | 26,441.80 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  August 10, 2011                         Signature  /s/ Richard A. Skurka
                                                         Richard A. Skurka
                                                         Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

A.B.C. Burglar & Fire Alarm Corporation
4745 Broadway
Gary, IN 46409


Able Paper and Janitorial Supply
8200 Utah Street
Merrillville, IN 46410


ACE Equipment Company
4725 Manufacturing Road
Cleveland, OH 44135


Airgas North Central
P.O. Box 2395
Waterloo, IA 50704


Alta Packaging, Inc.
150 Chaddick Drive
Wheeling, IL 60090


American Printing & Advertising, Inc.
5324 Hohman Avenue
Hammond, IN 46320


AmeriGas
2801E 175th Street
Lansing, IL 60438-1959


AMI Communications, Inc.
1892 E. Fabyan Parkway
Batavia, IL 60510-1498


Appletree Answering Service
5539-A N. Broadway Avenue
Chicago, IL 60640


Aramark Refreshment Services
P.O. Box 1040
Saint Charles, MO 63302


Calumet Lift Truck Service Co.
35 East 168th Street
South Holland, IL 60473

```
Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408


Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179-0408


Chicago Laser & Computer Service
17414 Railroad Avenue
Lansing, IL 60438


Columbia Lock and Key LLC
6560 Columbia Avenue
Hammond, IN 46320


Comprehensive Care
7501 West 15th Avenue
Gary, IN 46406-2267


Con-way Freight
P.O. Box 982020
North Richland Hills, TX 76182


Craig Wire Products
580 Carrollton Street
Temple, GA 30179


D & B
P.O. Box 75434
Chicago, IL 60675-5434


EIS, Inc.
2018 Powers Ferry Road
Suite 500
Atlanta, GA 30339


Electric Motor Insulations, Inc.
10244 North 1200 W
Monticello, IN 47960


Electro Rent Corporation
6018 Solutions Center
Chicago, IL 60677-6000
```

```
FedEx
Dept CH P.O. Box 10306
Palatine, IL 60055-0306


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


First Merit Bank, N.A.
236 W. Lake Street
Suite 102
Bloomingdale, IL 60108


Firstmerit Bank, N.A.
106 South Main Street
Akron, OH 44308


Grainger
1701 Cline Avenue
Gary, IN 46406-2225


Guardian
P.O. Box 95101
Chicago, IL 60694-5101


Hammond Machine Works
5047 Columbia Avenue
Hammond, IN 46327


Hammond Water Works Department
6505 Columbia Avenue
Hammond, IN 46320


Holland
750 East 40th Street
P.O. Box 9021
Holland, MI 49422-9021


Industrial Mineral Supply
17620 Chicago Avenue
Lansing, IL 60438


Kaeser & Blair Incorporated
4236 Grissom Drive
Batavia, OH 45103
```

```
Konecranes Inc.
P.O. Box 641807
Pittsburgh, PA 15264-1807


L & M Corrugated Container Corp.
32 Insight Drive
Platteville, WI 53818


McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690


Millennium Recycling
1715 East 129th Avenue
Crown Point, IN 46307


Mills Electric Company, Inc.
4828 Calumet Avenue
Hammond, IN 46327


Mitchell Instruments Co., Inc.
1570 Cherokee Street
San Marcos, CA 92078


Motion Industries
3620 Calumet Avenue
Hammond, IN 46320


MSC Industrial Supply Co.
28551 Laura Court
Elkhart, IN 46517-1179


Much Shelist
191 North Wacker Drive
#1800
Chicago, IL 60606


Paltech Enterprises of Illinois
860 East Jackson Street
Belvidere, IL 61008


Pittsburgh Electrical Insulation
800 Martha Street
Munhall, PA 15120
```

Praxair Distribution, Inc.
Dept CH 10660
Palatine, IL 60055-0660


Pregis IntelliPack Corp.
P.O. Box 268822
Oklahoma City, OK 73126


S & W Wire Company
45A Progress Avenue
Cranberry Industrial Park
Cranberry Township, PA 16066-3511


Simplex Grinnell
91 North Mitchell Court
Addison, IL 60101-5608


Solo Horton Brushes, Inc.
P.O. Box 478
Winsted, CT 06098


Sonshyne Printers Inc.
46 Jodi Court
Dyer, IN 46311


Southern Electric Coil, Inc.
Enoch L. Fillinger
7331 Forest Avenue
Hammond, IN 46324


Southwest Airlines Cargo
P.O. Box 97390
Dallas, TX 75397


Speedway LLC
Attn: Credit Customer Services
P.O. Box 1590
Springfield, OH 45501


Staples Advantage
P.O. Box 95708
Chicago, IL 60694-5708

```
Superior Essex
P.O. Box 90413
Chicago, IL 60696-0413


The Gund Company, Inc.
10501-3 West 133rd Avenue
Cedar Lake, IN 46303


Thomas Cubit, Inc.
110 Brunswick Street
Hammond, IN 46327


Travelers
829 E. Commercial Avenue
Lowell, IN 46356


Uline
2200 South Lakeside Drive
Waukegan, IL 60085


United States Brass & Copper
1401 Brook Drive
Downers Grove, IL 60515


UPS
P.O. Box 650580
Dallas, TX 75265-0580


Verizon Wireless
777 Big Timber Road
Elgin, IL 60123-1488


Von Roll Austral, Inc.
1055 Shadix Industrial Way
Douglasville, GA 30134
```