IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SOUTHERN ELECTRIC COIL LLC, | ) | Case No. 11 B 32840 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

## NOTICE OF MOTION

TO:    See Attached Service List

**PLEASE TAKE NOTICE THAT** on March 25, 2014, at 10:00 a.m., I shall appear before the Honorable Judge Pamela S. Hollis, or any other judge sitting in her stead, in Room 644, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on the Debtor's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List via U.S. Mail on the 4th day of March, 2014.

                                                    /s/ Gregory K. Stern
                                                      Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #  02267012)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street,
Suite 873
Chicago, Illinois 60604

David R. Doyle
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street
Suite 800
Chicago, Illinois 60654

Howard L. Adelman
Steven B. Chaiken
Adelman Gettleman
53 West Jackson Boulevard
Suite 1050
Chicago, Illinois 60604

Harold Rosen
Wolin & Rosen, Ltd.
55 West Monroe Street
Suite 3600
Chicago, Illinois 60603

**Parties Served Via First Class Mail**

Southern Electric Coil LLC
5025 Columbia Avenue
Hammond, IN 46327

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SOUTHERN ELECTRIC COIL LLC, | ) | Case No. 11 B 32840 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date and Time: |
| | ) | March 25, 2014 at 10:00 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes the reorganized Debtor, Southern Electric Coil LLC, by and through its attorneys, Gregory K. Stern, Monica C. O'Brien, Dennis E. Quaid and Christina M. Riepel, and in support of its Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On August 11, 2011, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code").

2. On January 23, 2014, an Order Approving Adequate of the Modified Disclosure Statement and Confirming First Amended Plan of Reorganization (the "Confirmation Order") was entered. The Confirmation Order is final and not subject to appeal.

3. The Effective Date of the Plan was February 22, 2014.

4. The Reorganized Debtor has begun making its payments under the terms of the Confirmed Plan.

5. On February 21, 2014, the Reorganized Debtor made its first payment to all priority unsecured.

6. On March 15, 2014, the Reorganized Debtor will commence payments to the Class 1 Secured Claimant and has executed supplemental documents required by the Class 1 Secured

Claimant.

7. On or before March 22, 2014, the Reorganized Debtor will make all required payments to Class 2 General Unsecured Non-Priority Creditors under the terms set forth in the Confirmed Plan.

8. Class 1 Secured Claims are scheduled to be paid monthly for the next 82 months under the terms of the Confirmed Plan.

9. The Reorganized Debtor has made arrangements for the final payment of its Administrative Claim with Gregory K. Stern, P.C.

10. The Reorganized Debtor has made all payments required by the United States Trustee, or will have all payments made prior to presentment of this Motion.

11. Pursuant to Article IX, 9.4, the Plan has been fully consummated based upon the foregoing distributions.

12. The Reorganized Debtor's Confirmed Plan satisfies the requirements of Bankruptcy Code § 1129(b); the Plan complies with the applicable provisions of Title 11 and has been proposed in good faith and not by any means forbidden by law; and, the Confirmed Plan is feasible in that the Confirmation Order is not likely to be followed by the need for further financial reorganization.

13. There are no remaining contested matters pending and no further steps need to be taken to facilitate the administration of the Confirmed Plan.

14. Notice of the Motion has been served upon all the United States Trustee, all creditors and parties in interest in the case.

WHEREFORE, Southern Electric Coil LLC, the Reorganized Debtor, prays for an order as follows:

  (a) Granting the Motion To Enter Final Decree Closing Chapter 11 Case pursuant to § 350 and Bankruptcy Rule 3022;

  (b) Entering Final Decree closing the Debtor's Chapter 11 case; and,

  (c) For such other relief as may be just.

              /s/ Gregory K. Stern
              Gregory K. Stern, Attorney for
              Southern Electric Coil LLC

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #  02267012)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558