IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SOUTHERN ELECTRIC COIL LLC, | ) | Case No. 11 B 32840 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE AND
CLOSE CHAPTER 11 CASE**

TO THE DEBTOR, ITS CREDITORS AND ALL PARTIES IN INTEREST:

**PLEASE BE ADVISED THAT** on March 4, 2014, the Debtor, Southern Electric Coil LLC filed its Motion To Enter Final Decree Closing Chapter 11 Case, requesting, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, that the Bankruptcy Court enter a final decree and close the Debtor's Chapter 11.  The Debtor's Motion To Enter Final Decree Closing Chapter 11 Case is on file with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, and may be inspected at 219 South Dearborn Street, 7th Floor, Chicago, Illinois;

**BE ADVISED FURTHER THAT** Objections to the Debtor's Motion To Enter Final Decree Closing Chapter 11 Case must be filed on or before March 20, 2014, with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, and served upon Debtor's Counsel, Gregory K. Stern, P.C., 53 West Jackson Boulevard, Suite 1442, Chicago, Illinois 60604; and,

**BE ADVISED FURTHER THAT** hearing on the Debtor's Motion To Enter Final Decree Closing Chapter 11 Case has been set for March 25, 2014, at 10:00 a.m., before the Honorable Pamela S. Hollis, United States Bankruptcy Judge, Courtroom 644, 219 South Dearborn Street, Chicago, Illinois.

Dated:  March 4, 2014

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Dennis E. Quaid (Atty. ID #  02267012)
Christina M. Riepel (Atty. ID #6297514)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SOUTHERN ELECTRIC COIL LLC, | ) | Case No. 11 B 32840 |
| | ) | |
| Debtor. | ) | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing **NOTICE OF DEBTOR'S MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE** to be served on all persons set forth on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois on the 4th day of March, 2014.

                                                               /s/ Gregory K. Stern
                                                                  Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Christina M. Riepel (Atty. ID #6297514)
Rachel D. Stern (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

# SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Room 873
Chicago, Illinois 60604

David Doyle
Shaw Gussis Fishman Glantz Wolfson Towbin
321 North Clark Street
Suite 800
Chicago, Illinois 60654

Harold Rosen
Wolin & Rosen, Ltd.
55 West Monroe Street
Suite 3600
Chicago, Illinois 60603

Adelman & Gettleman
53 West Jackson Boulevard
Suite 1050
Chicago, Illinois 60604

**Parties Served Via US Mail**

Southern Electric Coil LLC
5025 Columbia Avenue
Hammond, IN 46327

A.B.C. Burglar & Fire Alarm Corporation
4745 Broadway
Gary, IN 46409

Able Paper and Janitorial Supply
8200 Utah Street
Merrillville, IN 46410

ACE Equipment Company
4725 Manufacturing Road
Cleveland, OH 44135

Airgas North Central
P.O. Box 2395
Waterloo, IA 50704

Alta Packaging, Inc.
150 Chaddick Drive
Wheeling, IL 60090

American Printing & Advertising, Inc.
5324 Hohman Avenue
Hammond, IN 46320

AmeriGas
2801E 175th Street
Lansing, IL 60438-1959

AMI Communications, Inc.
1892 E. Fabyan Parkway
Batavia, IL 60510-1498

Appletree Answering Service
5539-A N. Broadway Avenue
Chicago, IL 60640

Aramark Refreshment Services
P.O. Box 1040
Saint Charles, MO 63302

Calumet Lift Truck Service Co.
35 East 168th Street
South Holland, IL 60473

Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408

Chicago Laser & Computer Service
17414 Railroad Avenue
Lansing, IL 60438

Columbia Lock and Key LLC
6560 Columbia Avenue
Hammond, IN 46320

Comprehensive Care
7501 West 15th Avenue
Gary, IN 46406-2267

Con-Way Freight
P.O. Box 982020
North Richland Hills, TX 76182

Con-Way Freight
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, Maryland 21094

Craig Wire Products
580 Carrollton Street
Temple, GA 30179

D & B
P.O. Box 75434
Chicago, IL 60675-5434

EIS, Inc.
2018 Powers Ferry Road
Suite 500
Atlanta, GA 30339

Electric Motor Insulations, Inc.
10244 North 1200 W
Monticello, IN 47960

Electro Rent Corporation
6018 Solutions Center
Chicago, IL 60677-6000

FedEx Freight Inc.
PO Box 840
Harrison, AR 72602

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

First Merit Bank, N.A.
236 W. Lake Street
Suite 102
Bloomingdale, IL 60108

FirstMerit Bank, N.A.
106 South Main Street
Akron, OH 44308

Grainger
1701 Cline Avenue
Gary, IN 46406-2225

Guardian
P.O. Box 95101
Chicago, IL 60694-5101

Hammond Machine Works
5047 Columbia Avenue
Hammond, IN 46327

Hammond Water Works Department
6505 Columbia Avenue
Hammond, IN 46320

Holland
750 East 40th Street
P.O. Box 9021
Holland, MI 49422-9021

Industrial Mineral Supply
17620 Chicago Avenue
Lansing, IL 60438

Kaeser & Blair Incorporated
4236 Grissom Drive
Batavia, OH 45103

Konecranes Inc.
P.O. Box 641807
Pittsburgh, PA 15264-1807

L & M Corrugated Container Corp.
32 Insight Drive
Platteville, WI 53818

McMaster-Carr Supply Co.
P.O. Box 4355
Chicago, IL 60680

Millennium Recycling
1715 East 129th Avenue
Crown Point, IN 46307

Mills Electric Company, Inc.
4828 Calumet Avenue
Hammond, IN 46327

Mitchell Instruments Co., Inc.
1570 Cherokee Street
San Marcos, CA 92078

Motion Industries
3620 Calumet Avenue
Hammond, IN 46320

MSC Industrial Supply Co.
Attn: Legal Dept.
75 Maxess Road
Melville, NY 11747

Paltech Enterprises of Illinois
860 East Jackson Street
Belvidere, IL 61008

Pittsburgh Electrical Insulation
800 Martha Street
Munhall, PA 15120

Praxair Distribution, Inc.
Dept CH 10660
Palatine, IL 60055-0660

Pregis IntelliPack Corp.
P.O. Box 268822
Oklahoma City, OK 73126

S & W Wire Company
45A Progress Avenue
Cranberry Industrial Park
Cranberry Township, PA 16066-3511

Simplex Grinnell
91 North Mitchell Court
Addison, IL 60101-5608

Solo Horton Brushes, Inc.
P.O. Box 478
Winsted, CT 06098

Sonshyne Printers Inc.
46 Jodi Court
Dyer, IN 46311

Southern Electric Coil, Inc.
Enoch L. Fillinger
7331 Forest Avenue
Hammond, IN 46324

Southwest Airlines Cargo
P.O. Box 97390
Dallas, TX 75397

Speedway LLC
Attn: Credit Customer Services
P.O. Box 1590
Springfield, OH 45501

Staples Advantage
P.O. Box 95708
Chicago, IL 60694-5708

Essex Group, Inc.
Attn: Mr. Ken Beahrs
1601 Wall Street
Fort Wayne, IN 46802

The Gund Company, Inc.
10501-3 West 133rd Avenue
Cedar Lake, IN 46303

Thomas Cubit, Inc.
110 Brunswick Street
Hammond, IN 46327

Travelers
829 E. Commercial Avenue
Lowell, IN 46356

Uline
2200 South Lakeside Drive
Waukegan, IL 60085

United States Brass & Copper
1401 Brook Drive
Downers Grove, IL 60515

UPS
P.O. Box 650580
Dallas, TX 75265-0580

UPS
c/o RMS Bankruptcy Recovery Services
PO Box 4396
Timonium, Maryland 21094

Verizon Wireless
777 Big Timber Road
Elgin, IL 60123-1488

Von Roll Austral, Inc.
1055 Shadix Industrial Way
Douglasville, GA 30134